Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiff was sustained.

No. 67793.—Mulco Products, Inc. v. United States, protest 63/3481 (Savannah).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiff was sustained.

No. 67794.—The Walter Hatches, Inc., and W. J. Byrnes & Co. of N.Y., Inc. v. United States, protest 61/11931 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of candlestick holders similar in all material respects to those the subject of *Mottahedeh Creations, Ltd., et al.* v. *United States* (43 Cust. Ct. 9, C.D. 2095), the claim of the plaintiffs was sustained.

No. 67795.—Associated Dry Goods Corp. (Lord & Taylor Div.) v. United States, protests 61/2915, 61/11693, and 61/24646 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of wall ornaments similar in all material respects to those the subject of *Hensel, Bruckmann & Lorbacher, Inc.* v. *United States* (47 Cust. Ct. 112, C.D. 2289), the claim of the plaintiff was sustained.

No. 67796.—Alltransport, Incorporated v. United States, protest 61/3914 (New York).